IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YONGXIANG CHAN,<br><br>                    Plaintiff,<br><br>v.<br><br>LIGUOJUN2025, *et al.*,<br><br>                    Defendants. | Civil Action No. 25-cv-1435<br><br>(Judge Stickman) |

## NOTICE OF APPEARANCE

To the Clerk:

    Kindly enter my appearance for the Plaintiff in the above-captioned matter.

                                                                         Respectfully submitted,

November 6, 2025                                      /s/ Ann E. Cheetham
                                                                    Ann E. Cheetham
                                                                    Pa. ID No. 335645

                                                                    FERENCE & ASSOCIATES LLC
                                                                    409 Broad Street
                                                                    Pittsburgh, PA  15143
                                                                    (412) 741-8400 – telephone
                                                                    (412) 741-9292 – facsimile
                                                                    acheetham.ecf@ferencelaw.com

                                                                    Attorneys for Plaintiff