IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YONGXIANG CHAN, | Civil Action No. |
| Plaintiffs, | 25-cv-01435 |
| v. | (Judge Stickman) |
| LIGUOJUN2025, et al., | |
| Defendants. | |

NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s) LIGUOJUN2025, lonyezc, huixindaxt, XiaoGeSHOP, qimena, Draginn, kitaet, Passingcloud, huaibinxiantonghuizhuangshigongchengyouxiangongsi, yuyanp, BO JUE, Percute, winklike, YISAN-US, tachiuwaUS, LilyFavor, WASHBO, WANVAE, YOUXINGYOULI, amzwulin, LBOS, Beatri, LIJU STORE, zhixua, FAAFRW, TattoosXparty, SCORYULE, UoYYelly, EYxsaxenk, Yiting jewelry, MWFVRO, Alotfs, FANOKU US, HOSIMA, MoBlinko, velumair, CROMCU STORE, QING YAO LTD, KFSOQE, BLESIYA, S SERENABLE, HOMYL, hengtong, GUOOL, Tachiuwa, Abbraccia, perfeclan, yotijay, Fashion Capital, Tanuse store, Kpamnxio, Cozy Interiors, ViLaViDe Home Supplies, ZHOURI, YINRAY CO., LTD, BENQUET CO., LTD, MANNYA Co., Ltd, TZ decorate, TZ decoratell, Decorate everything, YITU OFAN, BIG HAPPY STICKER, KING CRAFT, Sucojrffs McFashion, MIOO CRAFT SHOP, BubbleBubble, rainsasa, Awesome Selection Crocharms, JIAJIAMUCHHAPPY,

StickerLoom, TZ decorate, TOPWELLD, Haolin Clothes, GGirl Dress, XianYier Kids, KEYUN Kids, Aiwei kids, girls s garment, RuiJingTu, Harmonying, Fortunatelyshop, Colorful Tribe, FASHION MANS, marper, MEGY, basue, Party Table Décor, Aalife, Make a life, with each party to bear its own attorneys' fees, costs, and expenses.  The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: November 13, 2025 | /s/ Stanley D. Ference III |
|  | Stanley D. Ference III |
|  | Pa. ID No. 59899 |
|  | courts@ferencelaw.com |

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff